214

Argued February 22, affirmed February 22, 1972

STATE OF OREGON, *Respondent, v.* GORDON
DAVID SHAW (No. 71-3593), *Appellant.*

493 P2d 1061

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

AFFIRMED FROM THE BENCH.